UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:08 CR 227 SRU |
| v. | VIOLATIONS: |
| JUAN MORALES | 21 U.S.C. §§ 846 and 841(b)(1)(B)(ii) (Conspiracy to Distribute 500 Grams or More of Cocaine |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2 (Possession with Intent to Distribute & Distribution of Cocaine) |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about February 2007, the exact date to the grand jury unknown, up to and including June 7, 2007, in the District of Connecticut and elsewhere, **JUAN MORALES**, the defendant herein, knowingly and intentionally conspired and agreed with others to the grand jury known and unknown, to possess with intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

2

## COUNT TWO

On or about June 7, 2007, in the District of Connecticut, **JUAN MORALES**, the defendant herein, did knowingly and intentionally aid and abet others known to the Grand Jury to possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL,

*/s/ Nora R. Dannehy*
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

*/s/ John H. Durham*
JOHN H. DURHAM
COUNSEL TO THE UNITED STATES ATTORNEY

*/s/ Anthony E. Kaplan*
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY