HONORABLE: W. I. GARFINKEL  Criminal (11/6/08)
DEPUTY CLERK Barrille
RPTR/ECRO/TAPE Payton
TOTAL TIME: ____ hours 05 minutes    USPO N/A    INTERPRETER ____

DATE: 11/10/08    START TIME: 4:10    END TIME: 4:15

**COURTROOM MINUTES** (CHECK ONE BOX)

- ☐ IA-INITIAL APPEARANCE
- ☐ IA- REVOCATION
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PROBABLE CAUSE
- ☐ CONFLICT HEARING
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HEARING
- ☐ EXTRADITION HEARING
- ☐ EVIDENTIARY HEARING
- ☐ IN CAMERA HEARING
- ☐ COMPETENCY HEARING
- ☐ FORFEITURE HEARING
- ☐ STATUS CONFERENCE

CRIMINAL NO. 3:08cr227(SRU) ___ DEFT # ___

USA
vs
Juan Morales

AUSA A. Kaplan

Counsel for Defendant: Frank O'Reilly
Ret- (R), CJA-(C), PDA- (P)

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ☐ Arrest Date (CT Case): ____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ Appearance of ____ filed
- ☐ ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal; ☐ Special Assessment of ☐ $100.00 ☐ $50.00 ☐ $25.00 to be paid immediately
- ☒ Counts 1, 2 of the ____ (indictment, superceding indictment, information, etc.)
  Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
- ☐ Petition to Enter Guilty Plea filed
- ☒ Defendant motions due 12-1-08 ; Government responses due 12-15-08
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☒ Jury Selection set for 1-8-09 at 8:30am
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ____ at ____
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of ____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Bond ☐ set at $ ____ ☐ reduced to $ ____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☒ Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified
- ☐ Defendant detained
- ☐ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ Set Attorney Flag
- ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ Times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ ..... # ____ Govt Motion *to permit appearance of law student intern* ☑ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ granted ☐ denied ☐ advisement